FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 MAY 11 PM 4:17

CLERK_____
_____ OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RODOLFO MARTINEZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:17-cv-116 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 16, to which Petitioner Rodolfo Martinez ("Martinez") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Martinez's 28 U.S.C. § 2241 Petition for failure to follow this Court's directives and failure to prosecute, **DISMISSES as moot** all pending Motions, **DENIES Martinez** *in forma pauperis* status on appeal, and **DIRECTS** the

Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_\_11\_\_\_ day of \_\_\_May_____, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA